**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hector Helizalde-Heredia,<br><br>　　　　Defendant. | No. 05-9642M<br><br>**ORDER** |

On Motion of the Defendant, with good cause appearing,

IT IS HEREBY ORDERED GRANTING the Defendant's Motion for Change in Nomination of Appointed Doctor for Psychological Evaluation (Doc. #15).

Pursuant to 18 U.S.C. § 4241(a) and (b), IT IS FURTHER ORDERED appointing Dr. Roger Martig, Ph.D., LLC, 7217 N. 23rd St., Phoenix, AZ, 85020, 602-867-2699, to conduct a competency evaluation and the United States Marshal Service shall schedule an appointment for Mr. Helizalde-Heredia with the doctor to take place at a location designated by the Marshal's Service.

The doctor is directed to conduct a competency evaluation to determine whether the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense.

1   IT IS FURTHER ORDERED that the doctor is to contact Luis Velasco of the
2   interpreter's office at 602-322-7266 to retain the services of a qualified Spanish-speaking
3   interpreter to assist in the competency evaluation of the defendant.

4   IT IS FURTHER ORDERED that the doctor shall submit a written report of his findings
5   to the Court and to counsel for the Government and Counsel for the Defendant as soon as
6   possible but no later than 15 days from the date of this Order.

7   Excludable delay under Title 18 U.S.C. §3161(h)(1)(A) is found to commence on ___
8   12-6-05 ___ for a total of _____ days.

9   DATED this 6th day of December, 2005.

David K. Duncan
United States Magistrate Judge

- 2 -