**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. 05-9642M |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Hector Helizalde-Heredia, | ) | |
| Defendant. | ) | |
| | ) | |

The Court reviewed Dr. Martig's December 29, 2005 psychological evaluation regarding the Defendant's mental competency.  The Court also conducted a hearing on January 31, 2006 at which time the Court addressed the subject of Defendant's competency.  The Court inquired of the Defendant regarding his present mental status and based upon this inquiry and for the reasons addressed on the record the Court finds, pursuant to 18 U.S.C. § 4241(d), by a preponderance of the evidence that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly,

**IT IS ORDERED** that, pursuant to 18 U.S.C. § 4241(d)(1), Defendant shall be committed to the custody of the Attorney General for hospitalization and psychiatric treatment in a suitable health care facility for a reasonable period of time, not to exceed four (4) months as is necessary to determine whether there is a substantial probability that in the foreseeable

1  future the Defendant will attain the mental capacity to permit the criminal proceedings and trial

2  to proceed.

3       **IT IS FURTHER ORDERED** that the Department of Justice in-patient facility provide

4  a report of findings regarding Defendant's competency to the Court and counsel, pursuant to 18

5  U.S.C. § 4241(e).

6       **IT IS FURTHER ORDERED** that the Department of Justice in-patient facility provide

7  an interim status report to the Court no later than ninety (90) days from the date of this Order.

8       **IT IS FURTHER ORDERED** that the U.S. Marshal Service shall obtain a written list

9  of all prescription medications including all psychotropic drugs currently administered to

10  Defendant at the time of his discharge from the Department of Justice in-patient facility and a

11  copy of Defendant's chronological prescription drug history at the subject health care facility

12  and shall provide said records to the Corrections Corporation of America, Central Arizona

13  Detention Center, on or before Defendant's physical return for pretrial detention.

14       **IT IS FURTHER ORDERED** that the Corrections Corporation of America, Central

15  Arizona Detention Center, maintain the regimen of psychotropic drugs prescribed for Defendant

16  at the time of his discharge from the Department of Justice in-patient facility unless (1) such

17  regimen would endanger Defendant's health or (2) Defendant declines the administration of

18  such drug treatment regimen.  In the event Defendant declines the prescribed regimen of

19  psychotropic drugs, the government shall so inform the Court.

20       **IT IS FURTHER ORDERED** that excludable delay is found to commence on January

21  31, 2006, pursuant to 18 U.S.C. § 3161(h)(1)(A).

22       DATED this 2nd day of February, 2006.

23

24

25

26  _____
           David K. Duncan
      United States Magistrate Judge

27

28         - 2 -